Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−16546−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stanley McDonald Stephens Jr.
   206 Delaware Avenue
   First Floor
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−3117

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/26/26
Time:            09:45 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 29, 2026
JAN: car

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16546-SLM

Stanley McDonald Stephens, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 4

Date Rcvd: Jun 29, 2026                    Form ID: 132                            Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley McDonald Stephens, Jr., 206 Delaware Avenue, First Floor, Jersey City, NJ 07306-7118 |
| 521241426 | + | Capital One c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-0245 |
| 521241438 | + | Essex County Teacher F, 465 Martin Luther King B, Newark, NJ 07102-1787 |
| 521241447 | + | LVNV Funding c/o, Faloni Law Group, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 521241444 | + | Laridan Consulting, 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 521241445 | + | Laridan Consulting c/o, Fein, Such, Kahn & Shepard, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521241450 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 521241451 | + | Meta Surgical Associates c/o, Fein Such Kahn & Shepard, PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521241456 | + | Palisades Collection, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 521241458 | + | Rosetta Stephens, 88 Mountain Avenue, North Caldwell, NJ 07006-3921 |
| 521241468 | | Tdrcs/yard Card, Td Rcs, Columbia, SC 29202 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521241410 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 21:30:32 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521241412 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 21:30:32 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521241414 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 29 2026 21:24:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521241415 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 29 2026 21:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521241416 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2026 21:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521241417 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2026 21:25:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521241425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2026 21:30:04 | Capital One Bank, Po Box 85015, Richmond, VA 23285 |
| 521241429 | | Email/Text: correspondence@credit-control.com | Jun 29 2026 21:25:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 521241421 | + | Email/Text: mrdiscen@discover.com | Jun 29 2026 21:24:00 | Capital One, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 521241418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2026 21:30:29 | Capital One, AttN: Bankruptcy, Po Box 30285, |

District/off: 0312-2                     User: admin                                    Page 2 of 4

Date Rcvd: Jun 29, 2026                  Form ID: 132                          Total Noticed: 62

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 521241420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | | Jun 29 2026 21:30:29 Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521241423 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | |
| | | | Jun 29 2026 21:30:10 Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521241424 | | Email/PDF: acg.coaf.ebn@aisinfo.com | |
| | | | Jun 29 2026 21:30:35 Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 521255004 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | | Jun 29 2026 21:30:22 Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521241427 | + | Email/Text: signed.order@pfwattorneys.com | |
| | | | Jun 29 2026 21:24:00 Capital One, NA, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521241428 | + | Email/Text: mrdiscen@discover.com | |
| | | | Jun 29 2026 21:24:00 Capital One, NA, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 521241431 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | | Jun 29 2026 21:30:29 Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521241430 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | | Jun 29 2026 21:30:29 Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521241432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Jun 29 2026 21:30:23 Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521241433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Jun 29 2026 21:30:35 Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521241434 | + | Email/Text: mrdiscen@discover.com | |
| | | | Jun 29 2026 21:24:00 Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521241436 | | Email/Text: bankruptcycourts@equifax.com | |
| | | | Jun 29 2026 21:25:00 Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521241437 | | Email/Text: bankruptcycourts@equifax.com | |
| | | | Jun 29 2026 21:25:00 Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521241439 | ^ | MEBN | |
| | | | Jun 29 2026 21:18:44 Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521241440 | ^ | MEBN | |
| | | | Jun 29 2026 21:18:09 Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521241441 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | | Jun 29 2026 21:24:00 Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 521241442 | | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | | Jun 29 2026 21:24:00 Freedom Mortgage Corporation, 11988 Exit 5 Prkwy Bldg, Fishers, IN 46037 |
| 521241443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | | Jun 29 2026 21:25:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521241446 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jun 29 2026 21:30:09 LVNV Funding, 355 Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 521241449 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jun 29 2026 21:30:34 LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 521241448 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Jun 29 2026 21:30:10 LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521241453 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jun 29 2026 21:24:00 Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 521241452 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Jun 29 2026 21:24:00 Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 521241454 | + | Email/PDF: bankruptcy@ncfsi.com | |
| | | | Jun 29 2026 21:30:07 New Century Financial, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 521241455 | + | Email/Text: signed.order@pfwattorneys.com | |

District/off: 0312-2

User: admin

Page 3 of 4

Date Rcvd: Jun 29, 2026

Form ID: 132

Total Noticed: 62

| | | | |
|---|---|---|---|
| | | Jun 29 2026 21:24:00 | New Century Financial c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 521241457 | + Email/Text: signed.order@pfwattorneys.com | Jun 29 2026 21:24:00 | Palisades Collection c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521241462 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 29 2026 21:24:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521241460 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2026 21:25:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521241461 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2026 21:25:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 521241463 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2026 21:30:14 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 521241465 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2026 21:30:01 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 521241464 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2026 21:30:01 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521241466 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2026 21:30:15 | Synchrony Bank/Paypal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 521250524 | ^ MEBN | Jun 29 2026 21:19:02 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521241467 | + Email/Text: bankruptcy@td.com | Jun 29 2026 21:25:00 | Tdrcs/yard Card, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |
| 521241469 | ^ MEBN | Jun 29 2026 21:18:21 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521241470 | ^ MEBN | Jun 29 2026 21:18:30 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521241471 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 29 2026 21:30:19 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 521241472 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 29 2026 21:30:06 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521241411 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521241413 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521241419 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521241422 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521241435 | *+ | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521241459 | *+ | Rosetta Stephens, 88 Mountain Avenue, North Caldwell, NJ 07006-3921 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2 | User: admin | Page 4 of 4

Date Rcvd: Jun 29, 2026 | Form ID: 132 | Total Noticed: 62

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Stanley McDonald Stephens  Jr. ecf@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4