Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−16546−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stanley McDonald Stephens Jr.
206 Delaware Avenue
First Floor
Jersey City, NJ 07306

Social Security No.:
xxx−xx−3117

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 26, 2026.

Dated: August 27, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16546-SLM

Stanley McDonald Stephens, Jr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4

Date Rcvd: Aug 27, 2026 Form ID: plncf13 Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley McDonald Stephens, Jr., 206 Delaware Avenue, First Floor, Jersey City, NJ 07306-7118 |
| 521241426 | + | Capital One c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-0245 |
| 521241438 | + | Essex County Teacher F, 465 Martin Luther King B, Newark, NJ 07102-1787 |
| 521241447 | + | LVNV Funding c/o, Faloni Law Group, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 521241444 | + | Laridan Consulting, 577 Hamburg Turnpike, Wayne, NJ 07470-2042 |
| 521241445 | + | Laridan Consulting c/o, Fein, Such, Kahn & Shepard, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521241450 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 521241451 | + | Meta Surgical Associates c/o, Fein Such Kahn & Shepard, PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521241456 | + | Palisades Collection, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 521241458 | + | Rosetta Stephens, 88 Mountain Avenue, North Caldwell, NJ 07006-3921 |
| 521241468 | | Tdrcs/yard Card, Td Rcs, Columbia, SC 29202 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521274176 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:46:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521241410 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:45:44 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521241412 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:45:58 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521241414 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521241415 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 27 2026 21:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521241416 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2026 21:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521241417 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2026 21:49:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521241425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:45:57 | Capital One Bank, Po Box 85015, Richmond, VA 23285 |
| 521241429 | | Email/Text: correspondence@credit-control.com | Aug 27 2026 21:49:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 521241421 | + | Email/Text: mrdiscen@discover.com | Aug 27 2026 21:48:00 | Capital One, 4590 East Broad Street, Columbus, |

| | | | | |
|---|---|---|---|---|
| | | | | OH 43213-1301 |
| 521241418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:45:57 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521241420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:46:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521241423 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2026 21:46:18 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 521241424 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 27 2026 21:46:19 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 521255004 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:46:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521241427 | + | Email/Text: signed.order@pfwattorneys.com | Aug 27 2026 21:48:00 | Capital One, NA, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521241428 | + | Email/Text: mrdiscen@discover.com | Aug 27 2026 21:48:00 | Capital One, NA, 4590 East Broad Street, Columbus, OH 43213-1301 |
| 521241431 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2026 21:45:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521241430 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2026 21:45:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521241432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2026 21:56:52 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 521241433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2026 21:56:56 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 521241434 | + | Email/Text: mrdiscen@discover.com | Aug 27 2026 21:48:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521241436 | | Email/Text: bankruptcycourts@equifax.com | Aug 27 2026 21:49:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521241437 | | Email/Text: bankruptcycourts@equifax.com | Aug 27 2026 21:49:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521241439 | ^ | MEBN | Aug 27 2026 21:41:00 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521241440 | ^ | MEBN | Aug 27 2026 21:40:33 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521241441 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2026 21:48:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 521241442 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2026 21:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Prkwy Bldg, Fishers, IN 46037 |
| 521241443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 21:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521283470 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 27 2026 21:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521241446 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | LVNV Funding, 355 Main Street, Suite 300-D, Greenville, SC 29601-2923 |
| 521303638 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:45:46 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521241449 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:17 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 521241448 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:45:47 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 1269, Greenville, SC 29602-1269 |
| 521322453 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:45:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521328859 | | Email/Text: camanagement@mtb.com | Aug 27 2026 21:49:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521241453 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2026 21:48:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 521241452 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2026 21:48:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 521241454 | + | Email/PDF: bankruptcy@ncfsi.com | Aug 27 2026 21:45:44 | New Century Financial, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 521241455 | | Email/Text: signed.order@pfwattorneys.com | Aug 27 2026 21:48:00 | New Century Financial c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 521241457 | + | Email/Text: signed.order@pfwattorneys.com | Aug 27 2026 21:48:00 | Palisades Collection c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521328881 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 21:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521241462 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2026 21:48:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521241460 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2026 21:49:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521241461 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2026 21:49:00 | Santander Bank, P.o. Box 961211, Fort Worth, TX 76161-0211 |
| 521241463 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 21:46:11 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 521241465 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 21:45:38 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 521241464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 21:45:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521241466 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 21:46:12 | Synchrony Bank/Paypal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 521250524 | ^ | MEBN | Aug 27 2026 21:41:18 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521241467 | + | Email/Text: bankruptcy@td.com | Aug 27 2026 21:49:00 | Tdrcs/yard Card, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |
| 521241469 | ^ | MEBN | Aug 27 2026 21:40:41 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521241470 | ^ | MEBN | Aug 27 2026 21:40:47 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521241471 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 27 2026 21:46:15 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 521241472 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 27 2026 21:46:16 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521274182 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521241411 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521241413 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521241419 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521241422 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521241435 | *+ | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521241459 | *+ | Rosetta Stephens, 88 Mountain Avenue, North Caldwell, NJ 07006-3921 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Stanley McDonald Stephens Jr. ecf@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4