**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

STANLEY MCDONALD STEPHENS, JR.

**Case No.: 26-16546**

**Adv. No.:**

**Hearing Date: 10/14/2026**

**Judge: SLM**

**CERTIFICATION OF SERVICE**

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/03/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
STANLEY MCDONALD STEPHENS, JR.
206 DELAWARE AVENUE
FIRST FLOOR
JERSEY CITY, NJ 07306
Mode of Service: Regular Mail

Attorney for Debtor(s):
GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017
Mode of Service: ECF and/or Regular Mail

Dated: September 03, 2026

By: /S/ Sheila Alvarado
Sheila Alvarado