| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>David G. Beslow, Esq., #DGB-5300 | Case No.: 26-16546<br><br>Chapter: 13 |
| In Re:<br><br>STANLEY STEPHENS,<br><br>Debtor | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: Click or tap here to enter text.<br><br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, Candace N. Daniel:

☐ represent _______________ in this matter.

☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On September 15, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

(1) Notice of Bankruptcy Filing
(2) Notice of Hearing on Confirmation
(3) Chapter 13 Plan
(4) Proposed Order
(5) Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/15/2026 /s/Candace N. Daniel
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Esq.,<br>30 Two Bridges Road - Suite 330<br>Fairfield, N.J. 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stanley McDonald Stephens, Jr.<br>206 Delaware Avenue First Floor<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of Child Support<br>Dept. of Human Services<br>Bankruptcy Reporting Contact<br>PO Box 716<br>Trenton, NJ 08625-0716<br><br>ATTN: TO AN OFFICER, MANAGING OR GENERAL AGENT OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text. |